**Appeal No.   2024AP2150-CR**

STATE OF WISCONSIN

Cir. Ct. No.  2020CF683

IN COURT OF APPEALS
DISTRICT III

---

STATE OF WISCONSIN,

    PLAINTIFF-RESPONDENT,

  V.

TERRAL DONTAE WALLACE,

    DEFENDANT-APPELLANT.

FILED
August 13, 2026

Samuel A. Christensen
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Samuel A. Christensen
Clerk of Court of Appeals
Electronic Notice

Court of Appeals District I
Electronic Notice

Court of Appeals District II
Electronic Notice

Court of Appeals District III
Electronic Notice

Court of Appeals District IV
Electronic Notice

Christina Plum, Sarah Motiff
Electronic Notice

Hon. Marc A. Hammer
Circuit Court Judge
Electronic Notice

John VanderLeest
Clerk of Circuit Court
Brown County Courthouse
Electronic Notice

Christopher P. August
Electronic Notice

Kathleen E. Wood
Electronic Notice

PLEASE TAKE NOTICE that corrections were made to paragraph 1 in the above-captioned opinion which was released on June 23, 2026.  A corrected

electronic version in its entirety is available on the court's website at www.wicourts.gov.